UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MELISSA WILLIAMS, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) Case No.  3:18-cv-00775-RGJ |
| LINCOLN NATIONAL LIFE INSURANCE CO, | ) ) Judge Rebecca Grady Jennings ) ) |
|     Defendant. | ) ) |

## NOTICE OF SETTLEMENT

Comes now Defendant, Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), by counsel, and notifies the Court that the parties have reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within thirty-five (35) days.

    Respectfully submitted,

    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

    By: */s/ Eric P. Mathisen*
    Eric P. Mathisen, IN Bar No. 19475-71
    Admitted *pro hac vice*
    56 S. Washington St., Suite 302
    Valparaiso, IN 46383
    Ph.: (219) 242-8666
    Fax: (219) 242-8669
    eric.mathisen@ogletree.com

    Kevin Roberts, KY Bar No. 96835
    111 Monument Circle, Suite 4600
    Indianapolis, IN 46204
    Ph.: (317) 916-1300
    Fax: (317) 916-9076
    kevin.roberts@ogletree.com
    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF SETTLEMENT* was filed electronically on March 4, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

>Robert A. Florio
>raflorioatty@hotmail.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF SETTLEMENT* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

>None

>*/s/ Eric P. Mathisen*
>Eric P. Mathisen